FILED
January 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No.  2:10-mj-24 KJM
         Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
LEROY HARRINGTON, )
)
         Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Leroy Harrington</u>; Case <u>2:10-mj-24 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>1/28/2010</u>   at  3:02 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge